NUMBER 13-03-575-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

KAREN WILLIAMSON,                                                       Appellant,

v.

RUDOLPH G. SOLIZ AND THELMA P. SOLIZ,                       Appellees.
___________________________________________________________________

On appeal from the 94th District Court
of Nueces County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Yañez
Memorandum Opinion Per Curiam

         Appellant, Karen Williamson, filed a notice of appeal on September 29, 2003
attacking the trial court’s findings of fact and conclusions of law entered on July 24,
2002. On September 30, 2003, we informed appellant: (1) that the final judgment at
issue in this case had been appealed to this Court and docketed under cause number
13-01-312-CV; (2) that said appeal had been dismissed by this Court on August 23,
2001; and (3) that the mandate in that case had been issued on May 21, 2002. We
further informed appellant that the trial court’s findings of fact and conclusions of law
did not constitute an appealable order. We informed appellant that her appeal would
be dismissed if these defects were not corrected. 
         Appellant’s response fails to establish that we have jurisdiction over this appeal.
The trial court’s findings of fact and conclusions of law do not constitute a final,
appealable order. Unless otherwise statutorily authorized, an appeal may be made only
from a final judgment. See Tex. Civ. Prac. & Rem. Code Ann. §§ 51.012, 51.014
(Vernon 1997 & Supp. 2004). Accordingly, this appeal is dismissed for want of
jurisdiction. All pending motions are dismissed as moot.                                                                                      
                                                                                 PER CURIAM

Memorandum Opinion delivered and 
filed this 16th day of September, 2004.